# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,            )
                                     )
          Plaintiff,                )
                                     )
  v.                                 )      2:11-CR-246-JCM (CWH)
                                     )
DENNIS ALBA,                         )
                                     )
          Defendant.                )

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on October 18, 2011, defendant DENNIS ALBA pled guilty to Count One of a Two-Count Criminal Indictment charging him in Count One with Possession of a Firearm by a Convicted Felon in violation of Title 18, United States Code, Section 922(g)(1). Docket #1, #18, #20.

This Court finds defendant DENNIS ALBA agreed to the forfeiture of the property set forth in the Forfeiture Allegation of the Criminal Indictment and in the Plea Memorandum. #1, #18, #20.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the Plea Memorandum and the offenses to which defendant DENNIS ALBA pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

. . .

1       a)      a Ruger 9mm handgun, bearing serial number 30421374; and

2       b)      any and all ammunition ("property").

3     This Court finds the United States of America is now entitled to, and should, reduce the

4 aforementioned property to the possession of the United States of America.

5     NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

6 United States of America should seize the aforementioned property.

7     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

8 DENNIS ALBA in the aforementioned property is forfeited and is vested in the United States of

9 America and shall be safely held by the United States of America until further order of the Court.

10     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

11 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

12 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

13 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

14 the name and contact information for the government attorney to be served with the petition,

15 pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

16     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

17 with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

18     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

19 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

20 following address at the time of filing:

21         Michael A. Humphreys
          Assistant United States Attorney
22         Daniel D. Hollingsworth
          Assistant United States Attorney
23         Lloyd D. George United States Courthouse
          333 Las Vegas Boulevard South, Suite 5000
24         Las Vegas, Nevada 89101.

25     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need

26 not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 20th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individuals were served with a copy of the foregoing Preliminary Order of Forfeiture on October 18, 2011, by the below identified method of service:

CM/ECF:

Monique N. Kirtley
Federal Public Defender
411 E Bonneville Suite 250
Las Vegas, NV 89101-
Email: Monique_Kirtley@fd.org
Counsel for the Defendant Dennis Alba

Richard F Boulware
Federal Public Defender
411 E. Bonneville
Las Vegas, NV 89101
Email: Richard_Boulware@fd.org
Counsel for the Defendant Dennis Alba

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal