☑ FILED     ___ RECEIVED
___ ENTERED     ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 1 9 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:11-CR-246-JCM (CWH) |
| DENNIS ALBA, | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE AS TO DEFENDANT DENNIS ALBA

On October 20, 2011, this Court entered the Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant DENNIS ALBA, to the United States of America. Docket #18, #20, #22.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture (#22) is final as to defendant DENNIS ALBA.

DATED this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE